UNITED STATES, Appellee

v

JOHN M. O'CONNOR, Private, U. S. Army, Appellant

16 USCMA 126, 36 CMR 282

No. 19,028

March 11, 1966

*Colonel Joseph L. Chalk, Lieutenant Colonel Jacob Hagopian,* and *Captain Melvin K. Najarian* were on the brief for Appellant, Accused.

*Colonel Joseph J. Crimmins, Lieutenant Colonel Francis M. Cooper, Captain John D. Jackson,* and *First Lieutenant Maurice J. Kutner* were on the brief for Appellee, United States.

Opinion of the Court

QUINN, Chief Judge:

This case involves the same lecture by the Staff Judge Advocate, Fort Devens, Massachusetts, to officers of the command, as was before us in United States v Albert, 16 USCMA 111, 36 CMR 267. At trial, defense counsel expressly declined to *voir dire* the court members who indicated they had attended the lecture. However, he moved for a change of venue on the ground the lecture "might lead them to adjudge sentences greater than they might otherwise have adjudged." The motion was denied.

Our discussion in the *Albert* case of the substance of the lecture sustains the law officer's ruling. Accordingly, the decision of the board of review is affirmed.

Judge KILDAY concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Albert, 16 USCMA 111, 36 CMR 267, this day decided.